STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. VINCENZO PISCITELLI ET AL., PLAINTIFFS IN ERROR.

Argued February 3, 1937—Decided April 30, 1937.

For the defendant in error, *Charles M. Morris.*

For the plaintiffs in error, *John E. Toolan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, BODINE, DONGES, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.